UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN DONNELL STANLEY,<br><br>　　　　　Petitioner,<br>　v.<br>DAVID J. EBBERT, et al.,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00250-LRH-CBC<br><br>ORDER |

Allen Donnell Stanley has submitted a habeas corpus petition on the court's 28 U.S.C. § 2241 habeas corpus petition form (ECF Nos. 1-1, 1-2). The court screens the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Stanley has not submitted an application to proceed *in forma pauperis* or paid the filing fee (*see* ECF No. 1). Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2), LSRs 1-1, 1-2, 3-1, 4-1.

The court also notes that Stanley is in federal custody at the United States Penitentiary in Lewisburg, Pennsylvania. But a § 2241 habeas petitioner seeking to challenge his present physical custody within the United States must file the petition in the district of confinement. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Further, Stanley alleges that the institution is not giving him the meal he is supposed to receive; however, a claim regarding whether a prisoner's conditions of confinement violate his

---

[1] Although filed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, the Rules Governing Section 2254 Cases are appropriately applied to proceedings undertaken pursuant to § 2241.

1

civil rights is not a federal habeas claim, but a claim pursuant to 42 U.S.C. § 1983.  In any event, this action shall be dismissed as improperly commenced.

**IT IS THEREFORE ORDERED** that the Clerk **shall detach and file** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 8th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE